≈AO

**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
Norfolk, ss.

NAM

C

May 4, 2005

I hereby certify and return that on 5/2/2005 at 10:58AM I served a true and attested copy of the summons and complt, request for production of documents, interrogatories & civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Catherine Sullivan, R.N.C. at 45 Clapboardtree Street Westwood MA 02090 . Basic Service Fee ($30.00), Copies-Attestation ($5.00), Postage and Handling ($1.00) Total Charges $36.00

Deputy Sheriff James E. Riggs

_/s/ James Riggs_
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                   *Signature of Server*

                                        _____
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

≜AO

**Norfolk County Sheriff's Department**  P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
Norfolk, ss.

NAM

C

May 4, 2005

I hereby certify and return that on 5/2/2005 at 10:58AM I served a true and attested copy of the summons and complt, request for production of documents, interrogatories & civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Catherine Sullivan, R.N.C. at 45 Clapboardtree Street Westwood MA 02090 . Basic Service Fee ($30.00), Copies-Attestation ($5.00), Postage and Handling ($1.00) Total Charges $36.00

Deputy Sheriff James E. Riggs

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Sheryl Sattherthwaite, as Executrix of
the estate of Dennis Satterthwaite

V.

United States of America,
Universal Health Services, Inc.,
Arthur N. Pappas, M.D.,
Catherine Sullivan, R.N.C.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10606 REK

TO: (Name and address of Defendant)

Catherine Sullivan, R.N.C.
45 Clapboard Street
Westwood, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jodi M. Petrucelli, Esq.
David P. McCoramck, Esq.
Sugarman & Sugarman, P.C.
One Beacon Street
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON



MAR 29 2005

CLERK

(By) DEPUTY CLERK