# UNITED STATES DISTRICT COURT

District of    Massachusetts

Sheryl Satterthwaite as Executrix of
the Estate of Dennis Sattherthwaite

**SUMMONS IN A CIVIL CASE**

V.

United States of America,
Universal Health Services, Arthur N. Pappas, M.D.
Catherine Sullivan, R.N.C.

CASE NUMBER: 05-10606 REK

TO: (Name and address of Defendant)

UNITED STATES OF AMERICA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jodi M. Petrucelli, Esq.
David P. McCormack, Esq
Sugarman & Sugarman, P.C.
One Beacon Street
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

MAR 29 2005
DATE

(By) DEPUTY CLERK

| | |
|---|---|
| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |

2. Article Number

7160 3901 9848 5368 4123

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

Alberto Gonzales
Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) *[signature]*   B. Date of Delivery

C. Signature    MAY 0 4 2005

X    ☐ Agent
     ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

Reference Information

PS Form 3811, July 2001    Domestic Return Receipt

| | | |
|---|---|---|
| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
| | A. Received by (Please Print Clearly) | B. Date of Delivery |
| [barcode] 7160 3901 9848 5368 4130 | C. Signature X _[signature]_ | ☐ Agent ☐ Addressee |
| | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 3. Service Type  **CERTIFIED MAIL** | | |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | | |
| 1. Article Addressed to:<br><br>Michael J. Sullivan<br>U.S. Attorney for the District of Massachusetts<br>U.S. Attorney's Office – District of Massachusetts<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston MA 02210 | Reference Information<br><br>[stamp: RECEIVED MAY 5 '05 11:20 AM U.S. ATTORNEY BOSTON, MASS.] | |

PS Form 3811, July 2001                    Domestic Return Receipt

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Sheryl Satterthwaite as Executrix of
the Estate of Dennis Sattherthwaite

V.

United States of America,
Universal Health Services, Arthur N. Pappas, M.D.
Catherine Sullivan, R.N.C.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10606 REK

TO: (Name and address of Defendant)

UNITED STATES OF AMERICA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jodi M. Petrucelli, Esq.
David P. McCormack, Esq
Sugarman & Sugarman, P.C.
One Beacon Street
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: MAR 29 2005