# UNITED STATES DISTRICT COURT

District of    Massachusetts

Sheryl Satterthwaite as executrix of the
Estate of Dennis Satterthwaite

V.

United States of America,
Universal Health Services, Inc.,
Arthur N. Pappas, M.D.,
Catherine Sullivan, R.N.C.

**SUMMONS IN A CIVIL CASE**

05 10606 REK

CASE NUMBER:

TO: (Name and address of Defendant)

    Universal Health Services, Inc.
    367 South Gulph Road
    King of Prussia, PA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Jodi M. Petrucelli, Esq.
    David P. McCormack, Esq.
    Sugarman & Sugarman, P.C.
    One Beacon Street
    Boston, MA 02108

an answer to the complaint which is herewith served upon you, within   **20**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON



MAY 9 2005

CLERK                                        DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

District of    Massachusetts

Sheryl Satterthwaite as executrix of the
Estate of Dennis Satterthwaite

V.

United States of America, Arthur
Universal Health Services, Inc.,
Arthur N. Pappas, M.D.,
Catherine Sullivan, R.N.C.

**SUMMONS IN A CIVIL CASE**

05 10606 REK

CASE NUMBER:

TO: (Name and address of Defendant)

    Universal Health Services, Inc.
    367 South Gulph Road
    King of Prussia, PA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Jodi M. Petrucelli, Esq.
    David P. McCormack, Esq.
    Sugarman & Sugarman, P.C.
    One Beacon Street
    Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON



APR 29 2005

CLERK                                       DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5-5-05 |
| NAME OF SERVER (PRINT) CURTIS CIZENBAUM | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: UNIVERSAL HEALTH SVCS, INC
367 S. GULPH RD, KING OF PRUSSIA, PA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): SERVED UPON - CELESTE STELLABOTT
— SENIOR CORPORATE PARALEGAL

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/5/05
Date

Signature of Server

(APS AFFILIATE – PHILA, PA)
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.