UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL SATTERTHWAITE AS EXECUTRIX OF THE ESTATE OF DENNIS SATTERTHWAITE<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, UNIVERSAL HEALTH SERVICES, INC., ARTHUR N. PAPPAS, M.D. AND CATHERINE SULLIVAN, R.N.C.<br><br>Defendants. | No. 05-10606 REK |

**JOINT MOTION OF THE PLAINTIFF AND THE DEFENDANTS, UNIVERSAL HEALTH SERVICES, INC. AND CATHERINE SULLIVAN, R.N.C., TO EXTEND THE TIME IN WHICH UNIVERSAL HEALTH SERVICES, INC. AND CATHERINE SULLIVAN, R.N.C SHALL SERVE AN ANSWER TO THE COMPLAINT**

The plaintiff, Cheryl Satterthwaite, and the defendants, Universal Health Services, Inc. and Catherine Sullivan, R.N.C., jointly request that these defendants be granted a thirty day extension of time in which they are required to serve an Answer to the plaintiff's Complaint.

As reasons therefore, the parties state this is a medical malpractice and wrongful death claim resulting, in part, from treatment rendered to the plaintiff's decedent, Dennis Satterthwaite, at Westwood Hospital. Counsel for the defendant, Universal Health Services, Inc. (UHS) has information and belief that Westwood Lodge Hospital, a wholly owned subsidiary of UHS, is the proper party defendant and should be substituted as a defendant in place of UHS. Counsel for UHS has agreed to provide the plaintiff with

documentation regarding the corporations at issue, but needs additional time to locate and compile the documentation to support their assertion. The plaintiff will then review the documentation to determine if a substitution of the defendant UHS is appropriate. Counsel for UHS also represents the defendant, Catherine Sullivan, R.N.C. and as a matter of professional courtesy while counsel completes its search for documents, the plaintiff has agreed to allow the defendant, Catherine Sullivan, R.N.C. an additional 30 days in which to serve an Answer to the plaintiff's Complaint. The parties state that no other defendant to this action has filed an Answer to the plaintiff's Complaint.

Currently, the Answers of the defendants, Universal Health Services, Inc. and Catherine Sullivan, R.N.C., are required to be served on May 23 and May 25, 2005, respectively. The parties respectfully request that the defendant, Catherine Sullivan, R.N.C., and the defendant, Universal Health Services, Inc., now be required to serve an Answer to the plaintiff's Complaint by or on June 27, 2005.

| PLAINTIFF | DEFENDANTS |
|---|---|
| Cheryl Satterthwaite | Universal Health Services, Inc. and Catherine Sullivan, R.N.C. |
| By her Attorneys | By their Attorneys |
| SUGARMAN & SUGARMAN, P.C. | HUNTER & BOBIT, P.C. |
| *[signature]* | *[signature]* Janet Bobit /ppy |
| Jodi M. Petrucelli – BBO# 561911<br>David P. McCormack – BBO# 659006<br>One Beacon Street<br>Boston, MA 02108<br>(617) 542-1000<br>jpetrucelli@sugarman.com<br>dmccormack@sugarman.com | Janet Bobit – BBO# 550152<br>83 Atlantic Avenue<br>Boston, MA 02110<br>(617) 371-1440<br>jbobit@hunterbobit.com |