UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-REK

| | |
|---|---|
| SHERYL SATTERTHWAITE, as Executrix of the Estate of DENNIS SATTERTHWAITE,<br>    Plaintiff | )<br>)<br>)<br>) |
| vs. | )<br>) |
| UNITED STATES OF AMERICA,<br>UNIVERSAL HEALTH SERVICES, INC.,<br>ARTHUR PAPPAS, and,<br>CATHERINE SULLIVAN, R.N.C.,<br>    Defendants | )<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE OF AMY J. DeLISA

Kindly enter my appearance as counsel for the Defendant, Catherine Sullivan, R.N.C., in the above referenced case.

                                    /s/ Amy J. DeLisa
                                JANET J. BOBIT, BBO# 550152
                                AMY J. DeLISA, BBO# 645004
                                Attorneys for Defendant,
                                 Catherine Sullivan, R.N.C.
                                HUNTER & BOBIT, P.C.
                                83 Atlantic Avenue
                                Boston, MA 02110
                                (617) 371-1440

DATED: _____