UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-REK

SHERYL SATTERTHWAITE, as Executrix )
of the Estate of DENNIS SATTERTHWAITE, )
    Plaintiff )
)
vs. )
)
UNITED STATES OF AMERICA, )
UNIVERSAL HEALTH SERVICES, INC., )
ARTHUR PAPPAS, and, )
CATHERINE SULLIVAN, R.N.C., )
    Defendants )

**NOTICE OF APPEARANCE OF JANET J. BOBIT**

Kindly enter my appearance as counsel for the Defendant, Catherine Sullivan, R.N.C., in the above referenced case.

          /s/ Janet J. Bobit
JANET J. BOBIT, BBO# 550152
AMY J. DeLISA, BBO# 645004
Attorneys for Defendant,
 Catherine Sullivan, R.N.C.
HUNTER & BOBIT, P.C.
83 Atlantic Avenue
Boston, MA 02110
(617) 371-1440

DATED: _____