# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by (1) | |

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

**Middlesex, ss.**

May 24, 2005

I hereby certify and return that on 5/19/2005 at 12:40PM I served a true and attested copy of the SUMMONS AND COMPLAINT, INTERR, REQ DOC in this action in the following manner: To wit, by delivering in hand to ARTHUR N. PAPPAS at , 5 BYRON Road, WESTON, MA 02193. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($10.88) Total Charges $51.38

*Murray Zuk*

_____
Deputy Sheriff

Deputy Sheriff MURRAY ZUK

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                    Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

Service of the Summons and complaint was made by me (1) | DATE

N.

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

**Middlesex, ss.**

May 24, 2005

I hereby certify and return that on 5/19/2005 at 12:40PM I served a true and attested copy of the SUMMONS AND COMPLAINT, INTERR, REQ DOC in this action in the following manner: To wit, by delivering in hand to ARTHUR N. PAPPAS at, 5 BYRON Road, WESTON, MA 02193. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($10.88) Total Charges $51.38

*Murray Zuk*

_____
Deputy Sheriff

Deputy Sheriff MURRAY ZUK

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                     *Signature of Server*

                                _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Sheryl Satterthwaite, as Executrix of
the Estate of Dennis Satterthwaite

V.

United States of America, Universal
Health Services, Inc., Arthur N. Pappas, M.D.,
Catherine Sullivan, R.N.C.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 - 10606 REK**

TO: (Name and address of Defendant)

   Arthur N. Pappas, M.D.
   5 Byron Road
   Weston MA 02193

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Jodi M. Petrucelli, Esq.
   David P. McCormack, Esq.
   Sugarman & Sugarman, P.C.
   One Beacon Street
   Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____**20**_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                MAR 29 2005

CLERK                                            DATE

(By) DEPUTY CLERK