UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL SATTERTHWAITE as Executrix of the Estate of DENNIS SATTERTHWAITE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, UNIVERSAL HEALTH SERVICES, INC. ARTHUR N. PAPAS, M.D., and CATHERINE SULLIVAN, R.N.C., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   C.A. No.: 05-10606REK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of William J. Dailey, Jr. and James P. Donohue, Jr. of Sloane and Walsh on behalf of the defendant, Arthur N. Papas, M.D., in the above referenced matter.

Respectfully submitted,

The Defendant,
Arthur N. Papas, M.D.,
By his Attorneys,

_____
William J. Dailey, Jr., BBO #112200
James P. Donohue, Jr. BBO #555946
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA 02108
(617) 523-6010

Date: May 25, 2005

- 2 -

## CERTIFICATE OF SERVICE

I, James P. Donohue, Jr., counsel for the defendant, Arthur N. Papas, M.D., do hereby certify that on this 25th day of May, 2005, I caused to be served a true copy of the foregoing document(s) upon the parties by mailing same, postage prepaid, first class mail, to their counsel of record:

Jodi M. Pertucelli, Esq.
David P. McCormack, Esq.
Sugarman & Sugarman, P.C.
One Beacon Street
Boston, MA  02108
617-542-1000

_____
JAMES P. DONOHUE, JR.