UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL SATTERTHWAITE as Executrix of the Estate of DENNIS SATTERTHWAITE, </br></br>Plaintiff,</br></br>v.</br></br>UNITED STATES OF AMERICA, UNIVERSAL HEALTH SERVICES, INC. ARTHUR N. PAPAS, M.D., and CATHERINE SULLIVAN, R.N.C.,</br></br>Defendants. | C.A. No.: 05-10606REK |

**MOTION OF THE DEFENDANT, ARTHUR N. PAPAS, M.D., TO TRANSFER THE CLAIMS AGAINST HIM TO MASSACHUSETTS SUPERIOR COURT FOR THE PURPOSE OF CONVENING A MEDICAL MALPRACTICE TRIBUNAL**

Now comes the defendant, Arthur N. Papas, M.D., and hereby moves, pursuant to M.G.L. c. 231, § 60B, that the claims against him be transferred to Massachusetts Superior Court for the purpose of convening of a medical malpractice tribunal. The defendant requests that the medical member of the tribunal have a specialty in psychiatry.

Respectfully submitted,
The Defendant,
Arthur N. Papas, M.D.,
By his Attorney,

James P. Donohue, Jr. BBO #555946
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA 02108
(617) 523-6010

Date: May 25, 2005

- 2 -

## CERTIFICATE OF SERVICE

    I, James P. Donohue, Jr., counsel for the defendant, Arthur N. Papas, M.D., do hereby certify that on this 25th day of May, 2005, I caused to be served a true copy of the foregoing document(s) upon the parties by mailing same, postage prepaid, first class mail, to their counsel of record:

Jodi M. Pertucelli, Esq.
David P. McCormack, Esq.
Sugarman & Sugarman, P.C.
One Beacon Street
Boston, MA 02108
617-542-1000

_____
JAMES P. DONOHUE, JR.