UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL SATTERTHWAITE AS EXECUTRIX OF THE ESTATE OF DENNIS SATTERTHWAITE<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, UNIVERSAL HEALTH SERVICES, INC., ARTHUR N. PAPPAS, M.D. AND CATHERINE SULLIVAN, R.N.C.<br><br>　　　　　　　　Defendants. | No. 05-10606 REK |

**PARTIAL OPPOSITION OF THE PLAINTIFF TO THE MOTION OF THE DEFENDANT, ARTHUR N. PAPAS, M.D., TO TRANSFER THE CLAIMS AGAINST HIM TO MASSACHUSETTS SUPERIOR COURT FOR THE PURPOSE OF CONVENING A MEDICAL MALPRACTICE TRIBUNAL**

The plaintiff, Cheryl Satterthwaite, hereby submits this Partial Opposition to the Motion of the Defendant, Arthur N. Papas, M.D., to Transfer the Claims Against Him to Massachusetts Superior Court for the Purpose of Convening a Medical Malpractice Tribunal.

The plaintiff objects to the defendant's Motion to the extent that the language of the defendant's Motion (the use of the word 'transfer' as opposed to 'refer') makes the extent to which the defendant seeks to have the claims against him heard by a Massachusetts Superior Court unclear. The plaintiff does not oppose the *referral* of the claims against the defendant to Massachusetts Superior Court for the limited purpose of convening a medical malpractice tribunal pursuant to M.G.L. c. 231, §60B, provided that

upon the adjudication of such a tribunal, the claims against the defendant are referred back to the U.S. District Court for resolution.

WHEREFORE, the plaintiff respectfully requests that the Court refer the claims against the defendant to Massachusetts Superior Court for the limited purpose of convening a medical malpractice tribunal pursuant to M.G.L. c. 231, §60B, provided that upon the adjudication of such a tribunal, the claims against the defendant are referred back to the U.S. District Court for resolution.

By their Attorneys,

SUGARMAN AND SUGARMAN, P.C.

Jodi M. Petrucelli – BBO# 561911
David P. McCormack – BBO# 659006
One Beacon Street
Boston, MA  02108
(617) 542-1000
jpetrucelli@sugarman.com
dmccormack@sugarman.com

## Certificate of Service

I hereby certify that a true copy of the above document was served by mail, postage prepaid, on _____ upon the attorney of record for each party:

Alberto Gonzales
Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Michael J. Sullivan
U.S. Attorney for the District of Massachusetts
U.S. Attorney's Office – District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston MA 02210

James P. Donohue, Jr., Esq.
Sloane & Walsh
Three Center Plaza
Boston, MA 02108

Janet Bobit, Esq.
Hunter & Bobit
83 Atlantic Avenue
Boston, MA 02110

David P. McCormack