UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
SHERYL SATTERTHWAITE, as Executrix           )
of the Estate of DENNIS SATTERTHWAITE,       )
    Plaintiff                                )
                                            )
v.                                          )
                                            )   CIVIL ACTION
UNITED STATES OF AMERICA,                    )   NO. 05-10606-REK
UHS OF WESTOOD PEMBROKE, INC.,               )
ARTHUR N. PAPAS, M.D., and                   )
CATHERINE SULLIVAN, R.N.C.,                  )
    Defendants                               )
_____)

**ORDER**
September 20, 2005

      (1) The claim in this case against defendant Catherine Sullivan, R.N.C., is an action for malpractice, error or mistake against a provider of health care within the meaning of that phrase in Mass. Gen. Laws c. 231, §60B. This claim is hereby referred to the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts for hearing by a medical malpractice tribunal appointed by the Superior Court.

      (2) Counsel for the defendant Catherine Sullivan, R.N.C., must deliver to the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts certified copies of the complaint, answer, and this Order issued by this court.

                                           /s/Robert E. Keeton
                                                  Robert E. Keeton
                                        Senior United States District Judge