```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

                       CIVIL ACTION NO.1:05-cv-10606-REK

SHERYL SATTERTHWAITE, as Executrix      )
of the Estate of DENNIS SATTERTHWAITE,  )
     Plaintiff                          )
                                        )
vs.                                     )
                                        )
UNITED STATES OF AMERICA,               )
UHS OF WESTWOOD PEMBROKE, INC.,         )
ARTHUR PAPAS, and,                      )
CATHERINE SULLIVAN, R.N.C.,             )
     Defendants                         )
```

**NOTICE OF APPEARANCE OF JANET J. BOBIT**

Kindly enter my appearance as counsel for the Defendant, UHS of Westwood Pembroke, Inc., in the above referenced case.

```
                          /s/ Janet J. Bobit
                         JANET J. BOBIT, BBO# 550152
                         AMY J. DeLISA, BBO# 645004
                         Attorneys for Defendant,
                          UHS of Westwood Pembroke, Inc.,
                         HUNTER & BOBIT, P.C.
                         83 Atlantic Avenue
                         Boston, MA 02110
                         (617) 371-1440
DATED:    9/22/05
```