UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-REK

```
SHERYL SATTERTHWAITE, as Executrix      )
of the Estate of DENNIS SATTERTHWAITE,  )
     Plaintiff                          )
                                        )
vs.                                     )
                                        )
UNITED STATES OF AMERICA,               )
UHS OF WESTWOOD PEMBROKE, INC.,         )
ARTHUR PAPAS, and,                      )
CATHERINE SULLIVAN, R.N.C.,             )
     Defendants                         )
```

**NOTICE OF APPEARANCE OF AMY J. DeLISA**

Kindly enter my appearance as counsel for the Defendant, UHS of Westwood Pembroke, Inc., in the above referenced case.

                                              /s/ Amy J. DeLisa
                                    JANET J. BOBIT, BBO# 550152
                                    AMY J. DeLISA, BBO# 645004
                                    Attorneys for Defendant,
                                    UHS of Westwood Pembroke, Inc.,
                                    HUNTER & BOBIT, P.C.
                                    83 Atlantic Avenue
                                    Boston, MA 02110
                                    (617) 371-1440

DATED:    9/22/05