UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-REK

SHERYL SATTERTHWAITE, as Executrix )
of the Estate of DENNIS SATTERTHWAITE, )
    Plaintiff )
)
vs. )
)
UNITED STATES OF AMERICA, )
UHS OF WESTWOOD PEMBROKE, INC., )
ARTHUR PAPAS, and, )
CATHERINE SULLIVAN, R.N.C., )
    Defendants )

**DEFENDANT UHS OF WESTWOOD PEMBROKE, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3 of the United States District Court, the Defendant, UHS of Westwood Pembroke, Inc., submits the following as its Corporate Disclosure Statement:

UHS of Westwood Pembroke, Inc., is a Massachusetts domestic profit corporation with a principal place of business of 45 Clapboardtree Street, Westwood, Massachusetts 02090. UHS of Westwood Pembroke, Inc., is a wholly owned subsidiary of UHS of Delaware, Inc., and is a division of the Boston-based Arbour Health System. UHS of Delaware, Inc. is a wholly owned management subsidiary of Universal Health Services, Inc. Both UHS of Delaware, Inc. and Universal Health Services, Inc. are organized and exist under the laws of the State of Delaware,

Maryland.  Universal Health Services, Inc. is a publicly traded company (NYSE: UHS).

                                        /s/ Amy J. DeLisa
                                 JANET J. BOBIT, BBO# 550152
                                 AMY J. DeLISA, BBO# 645004
                                 Attorneys for Defendant,
                                  UHS of Westwood Pembroke, Inc.
                                 HUNTER & BOBIT, P.C.
                                 83 Atlantic Avenue
                                 Boston, MA 02110
                                 (617) 371-1440

DATED:     9/22/05