UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL SATTERTHWAITE as Executrix of the Estate of DENNIS SATTERTHWAITE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>UHS OF WESTWOOD/PEMBROKE, INC.,<br>ARTHUR N. PAPAS, M.D., and<br>CATHERINE SULLIVAN, R.N.C.,<br><br>Defendants. | C.A. No.: 05-10606REK |

NOTICE OF APPEARANCE

Kindly enter the appearance of Stacey E. Morris of Sloane and Walsh on behalf of the defendant, Arthur N. Papas, M.D., in the above referenced matter.

Respectfully submitted,

The Defendant,
Arthur N. Papas, M.D.,
By his Attorneys,

/s/ Stacey E. Morris

William J. Dailey, Jr., BBO #112200
James P. Donohue, Jr. BBO #555946
Stacey E. Morris, BBO #648386
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA 02108
(617) 523-6010

Date: December 14, 2005

-2-

## CERTIFICATE OF SERVICE

    I, Stacey E. Morris, counsel for the defendant, Arthur N. Papas, M.D., do hereby certify that on this 14th day of December, 2005, I caused to be served a true copy of the foregoing document(s) upon the parties by mailing same, postage prepaid, first class mail, to their counsel of record:

Jodi M. Pertucelli, Esq.
David P. McCormack, Esq.
Sugarman & Sugarman, P.C.
One Beacon Street
Boston, MA  02108
617-542-1000

Gina Y. Walcott-Torres, Esq.
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3369

Janet J. Bobit, Esq.
Amy J. DeLisa, Esq.
Hunter & Bobit, P.C.
83 Atlantic Avenue
Boston, MA 02110

                                              _____
                                              STACEY E. MORRIS

S:\SATTERTHWAITE V. PAPPAS, MD. - PR745-9396\Pleadings\Discovery\Notice of Appearance-sem.doc