```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
SHERYL SATTERTHWAITE, as       )
Executrix of the Estate of     )
Dennis Satterthwaite,          )
                              )
     Plaintiff,                )
                              )    C.A. No. 05-10606-REK
v.                            )
                              )
UNITED STATES OF AMERICA,      )
                              )
     Defendant.                )
_____)
```

**SUBSTITUTION OF APPEARANCE**

To the Clerk:

Please enter my appearance in the above-captioned case as counsel for the Defendant, United States of America, in substitution for Assistant United States Attorney Gina Walcott-Torres.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By: /s/ Rayford A. Farquhar
                              Rayford A. Farquhar
                              Assistant U.S. Attorney
                              John J. Moakley U.S. Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA  02210
                              (617) 748-3100

Dated: January 4, 2006

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served upon Plaintiff, through her counsel David P. McCormack, Sugarman & Sugarman, PC, One Beacon Street, Suite 1300, Boston, MA 02108.

                                      /s/ Rayford A. Farquhar
                                      Rayford A. Farquhar
                                      Assistant U.S. Attorney