UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL SATTERTHWAITE AS EXECUTRIX OF THE ESTATE OF DENNIS SATTERTHWAITE<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, UHS OF WESTWOOD PEMBROKE, INC., ARTHUR N. PAPAS, M.D. AND CATHERINE SULLIVAN, R.N.C.<br><br>Defendants. | No. 05-10606 REK |

**PLAINTIFFS' RULE 16.1 CERTIFICATION**

Plaintiff, Sheryl Satterthwaite, as Executrix of the Estate of Dennis Satterthwaite, hereby certifies that she has conferred with her counsel:

a. with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Sheryl Satterthwaite

PLAINTIFF

By Her Attorneys,
SUGARMAN AND SUGARMAN, P.C.

/s/David P. McCormack
_____
Jodi M. Petrucelli – BBO# 561911
David P. McCormack – BBO# 659006
One Beacon Street
Boston, MA  02108
(617) 542-1000
jpetrucelli@sugarman.com
dmccormack@sugarman.com