UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-REK

| | |
|---|---|
| SHERYL SATTERTHWAITE, as Executrix of the Estate of DENNIS SATTERTHWAITE,     Plaintiff | ) ) ) ) |
| vs. | ) ) |
| UNITED STATES OF AMERICA, UHS OF WESTWOOD PEMBROKE, INC., ARTHUR PAPAS, and, CATHERINE SULLIVAN, R.N.C.,     Defendants | ) ) ) ) ) |

**DEFENDANT CATHERINE SULLIVAN, R.N.C.'S LOCAL RULE 16.1
CERTIFICATION**

The Defendant, Catherine Sullivan, R.N.C., hereby certifies that she has conferred with her counsel:

a. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and,

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

/s/ Catherine Sullivan, R.N.C.
Catherine Sullivan, R.N.C.

 /s/ Amy J. DeLisa
JANET J. BOBIT, BBO# 550152
AMY J. DeLISA, BBO# 645004
Attorneys for Defendants,
 UHS of Westwood Pembroke, Inc.,
 and Catherine Sullivan, R.N.C.
HUNTER & BOBIT, P.C.
83 Atlantic Avenue
Boston, MA 02110
(617) 371-1440