UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL SATTERTHWAITE as Executrix of the Estate of DENNIS SATTERTHWAITE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, UHS OF WESTWOOD/PEMBROKE, INC., ARTHUR N. PAPAS, M.D., and CATHERINE SULLIVAN, R.N.C., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    C.A. No.: 05-10606REK |

### DEFENDANT'S, ARTHUR N. PAPAS, M.D., RULE 16.1 CERTIFICATION

Defense counsel, and an authorized representative of the defendant's insurer, certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Stacey E. Morris
_____
James P. Donohue, Jr., Esq., BBO#555946
Stacey E. Morris, Esq., BBO#648386
Sloane and Walsh, LLP
For Defendant
Arthur N. Papas, M.D.


/s/ Dave Torrans, II (sem)
_____
Mr. Dave Torrans, II
Senior Litigation Specialist
Professional Risk Management Services, Inc.