UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-REK

| | |
|---|---|
| SHERYL SATTERTHWAITE, as Executrix | ) |
| of the Estate of DENNIS SATTERTHWAITE, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| UHS OF WESTWOOD PEMBROKE, INC., | ) |
| ARTHUR PAPAS, and, | ) |
| CATHERINE SULLIVAN, R.N.C., | ) |
|     Defendants | ) |

**DEFENDANT UHS OF WESTWOOD PEMBROKE, INC.'S LOCAL RULE 16.1**
**CERTIFICATION**

The Defendant, UHS of Westwood Pembroke, Inc., hereby certifies that it has conferred with its counsel:

a. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and,

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

                                           /s/ Richard Kim
                                        Richard Kim, Claims Analyst
                                        Authorized Representative of
                                        UHS of Westwood Pembroke, Inc.

     /s/ Amy J. DeLisa
JANET J. BOBIT, BBO# 550152
AMY J. DeLISA, BBO# 645004
Attorneys for Defendants,
 UHS of Westwood Pembroke, Inc.,
 and Catherine Sullivan, R.N.C.
HUNTER & BOBIT, P.C.
83 Atlantic Avenue
Boston, MA 02110

(617) 371-1440