UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sheryl Satterthwaite as Executrix of the Estate of Dennis Satterthwaite,<br><br>Plaintiff<br><br>v.<br><br>The United States of America, et al.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05- 10606REK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL**
**AND SUBSTITUTION OF APPEARANCE**

Pursuant to L.R. 83.5.2, please note the withdrawal of appearance of Gina Y. Walcott-Torres, Assistant United States Attorney, and please enter the appearance of the undersigned Assistant United States Attorney as counsel for the United States in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


/s/ James J. McGovern
By: JAMES J. MCGOVERN
Assistant U.S. Attorney
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

1

2

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: 01.24.06                              /s/ James J. McGovern
                                             JAMES J. MCGOVERN
                                             Assistant U.S. Attorney