UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

SHERYL SATTERTHWAITE as Executrix )
of the Estate of DENNIS SATTERTHWAITE, )
       Plaintiff, )
  )
v. )       C.A. No.:  05-10606REK
  )
UNITED STATES OF AMERICA, )
UNIVERSAL HEALTH SERVICES, INC. )
ARTHUR N. PAPAS, M.D., and )
CATHERINE SULLIVAN, R.N.C., )
       Defendants. )

---

**DEFENDANT, ARTHUR N. PAPAS, M.D.'S AUTOMATIC DISCLOSURE
PURSUANT TO FED. R. CIV. P. 26(a)(1) AND LOCAL RULE 26.2(A)**

A.    <u>Individuals Likely To Have Discoverable Information:</u>

    1.    Arthur Papas, M.D.
    2.    Catherine Sullivan, RNC
    3.    Susan Sheppard, LMHC
    4.    Susan Lee, Psy.D.
    5.    Robert Lasky, M.D.
    6.    John Randolph, Ph.D.
    7.    Rochelle Cooper, RNC
    8.    Maureen Malin, M.D.
    9.    Ashraf Attala, M.D.
    10.    Monica Gordon
    11.    Judi Kramer
    12.    Patricia Loughman-West
    13.    Sadie Anne Maroon, MHA
    14.    Marc Silbret, M.D.
    15.    Mark Longsjo, LICSW
    16.    Elizabeth Condron, R.N.
    17.    Kim Desjardins
    18.    Sheryl Satterthwaite
    19.    Norman Satterthwaite
    20.    Daughters of Dennis and Sheryl Satterthwaite

The Defendant reserves the right to further supplement this list.

B.   <u>Documents in the Defendant, Arthur N. Papas, M.D.'s Custody or Control That May Be Used to Support His Claims or Defenses:</u>

Defendant, Arthur N. Papas, M.D., does not possess any documents relating to his care and treatment of the plaintiff, however, the following documents may contain information relevant to the disputed facts alleged in the pleadings:

1.   Medical records of Jordan Hospital
2.   Medical records of McLean Hospital Southeast
3.   Medical records of Westwood Lodge Hospital
4.   Medical records of Norwood Psych
5.   Medical records of NOVA Psychiatrics
6.   Medical records of Auburn Hospital
7.   Medical records of Veteran's Administration Clinic
8.   Medical records of Successions

C.   <u>Computation of Damages</u>

Not applicable.

D.   <u>Insurance Agreement</u>

A copy of the insurance declaration page is attached.

The Defendant reserves the right to supplement these disclosures.

Respectfully submitted,

The Defendant,
Arthur N. Papas, M.D.,
By his Attorneys,

/s/Stacey E. Morris
James P. Donohue, Jr. BBO #555946
Stacey E. Morris, BBO #648386
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA  02108
(617) 523-6010
smorris@sloanewalsh.com

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on (date of filing).