UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-REK

| | |
|---|---|
| SHERYL SATTERTHWAITE, as Executrix of the Estate of DENNIS SATTERTHWAITE,<br>    Plaintiff | )<br>)<br>)<br>) |
| vs. | )<br>) |
| UNITED STATES OF AMERICA,<br>UHS OF WESTWOOD PEMBROKE, INC.,<br>ARTHUR PAPAS, and,<br>CATHERINE SULLIVAN, R.N.C.,<br>    Defendants | )<br>)<br>)<br>)<br>) |

### DEFENDANT CATHERINE SULLIVAN'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1) and United States District Court Local Rule 26.2 (A), the Defendant, Catherine Sullivan, R.N., makes the following initial disclosures.

**A.  Individuals likely to have discoverable information**

1.  Sheryl Satterthwaite
2.  Arthur Papas, M.D.
3.  Catherine Sullivan, R.N.
    36 Grandfield Street
    Dedham, MA  02026
4.  John L. Randolph, Ed.D.
5.  Sandra Baker-Morissette, Ph.D.
6.  John J. Pehrson, M.D.
7.  Robert Lasky
8.  Norman Satterthwaite
9.  Rochelle Cooper
10. Kim Desjardin
11. Maureen Malin, M.D.
12. Marc Silbret, M.D.
13. Mark Longsjo, LICSW
14. Elizabeth Condron
15. Sadie-Anne Maroon
16. Ashraf Attalla, M.D.
17. Monica Gordon
18. Judi Kramer

  19.  Patricia Loughman-West
  20.  Dennis Satterthwaite's children
  21.  Any health care providers involved in the care and treatment of Dennis Satterthwaite.

The Defendant reserves the right to supplement this response as discoverable information becomes available.

  **B. Documents in Catherine Sullivan's possession, custody, or control that may be used to support her claims or defenses**

  Ms. Sullivan has no documents and relies on Mr. Satterthwaite's medical records from Westwood Lodge.

  **C. Computation of Damages**

  Not applicable.

  **D. Insurance agreements**

  The Defendant, Catherine Sullivan, R.N., was insured through her employment at UHS of Westwood Pembroke, Inc. UHS of Westwood Pembroke, Inc. is self-insured, with policy limits of $1,000,000/$3,000,000.

  The Defendant reserves her right to supplement these disclosures.

             /s/ Amy J. DeLisa
             JANET J. BOBIT, BBO# 550152
             AMY J. DeLISA, BBO# 645004
             Attorneys for Defendant,
             Catherine Sullivan, R.N.C.
             HUNTER & BOBIT, P.C.
             83 Atlantic Avenue
             Boston, MA 02110
             (617) 371-1440

DATED:  2/6/06