UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

SHERYL SATTERTHWAITE AS
EXECUTRIX OF THE ESTATE OF
DENNIS SATTERTHWAITE

        Plaintiff,

vs.

UNITED STATES OF AMERICA, UHS OF
WESTWOOD PEMBROKE, INC., ARTHUR
N. PAPAS, M.D. AND CATHERINE
SULLIVAN, R.N.C.

        Defendants.

No. 05-10606 REK

**AUTOMATIC DISCLOSURE STATEMENT OF SHERYL SATTERTHWAITE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Sheryl Satterthwaite, as Executrix of the Estate of Dennis Satterthwaite, hereby makes the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

A.    <u>Individuals Likely to Have Discoverable Information</u>

    In addition to the named parties themselves:

    1.    Dr. Robert Lasky, Nova Psychiatric Services, 1261 Furnace Brook Parkway Suite 31, Quincy, MA, likely has knowledge regarding Mr. Satterthwaite's psychiatric condition and treatment as of May, 2002;

    2.    Dr. Karen Braunwald, address unknown, likely has knowledge regarding the treatment of Mr. Satterthwaite as of May, 2002;

    3.    Sadie-Anne Maroon, Westwood Lodge Hospital, 45 Clapboardtree Street, Westwood, MA, likely has knowledge regarding Mr. Satterthwaite's psychiatric condition and treatment as of May, 2002;

    4.    Dr. Ashraf Attalla, Westwood Lodge Hospital, 45 Clapboardtree Street, Westwood, MA, likely has knowledge regarding Mr. Satterthwaite's psychiatric condition and treatment as of May, 2002;

    5.    Dr. John Randolph, Veterans Affairs Boston Outpatient Clinic, 251

       Causeway Street, Boston, MA, likely has knowledge regarding Mr. Satterthwaite's psychiatric condition and treatment as of May, 2002;

6. Dr. Sandra Baker-Morissette, Veterans Affairs Boston Outpatient Clinic, 251 Causeway Street, Boston, MA, likely has knowledge regarding Mr. Satterthwaite's psychiatric condition and treatment as of May, 2002;

7. Mark Longsjo, LICSW, McLean Hospital, 115 Mill Street, Belmont, MA, likely has knowledge regarding Mr. Satterthwaite's psychiatric condition and treatment as of April and May, 2002;

8. Dr. Marc Silbert, McLean Hospital, 115 Mill Street, Belmont, MA, likely has knowledge regarding Mr. Satterthwaite's psychiatric condition and treatment as of April and May, 2002;

9. Elizabeth Condron, RN, Westwood Lodge Hospital, 45 Clapboardtree Street, Westwood, MA, likely has knowledge regarding Mr. Satterthwaite's psychiatric condition and treatment as of May, 2002;

10. Monica Gordon, Arbour Hospital, 49 Robinwood Ave., Jamaica Plain, MA, likely has knowledge regarding Mr. Satterthwaite's psychiatric condition and treatment as of April and May, 2002;

11. Judi Kramer, Arbour Hospital, 49 Robinwood Ave., Jamaica Plain, MA, likely has knowledge regarding Mr. Satterthwaite's psychiatric condition and treatment as of April and May, 2002;

12. Patricia Loughman-West, Westwood Lodge Hospital, 45 Clapboardtree Street, Westwood, MA, likely has knowledge regarding Mr. Satterthwaite's psychiatric condition and treatment as of May, 2002;

13. Norman Satterthwaite, 12 Bayberry Lane, Plymouth, MA, likely has knowledge regarding Mr. Satterthwaite's psychiatric condition and treatment as of May, 2002 and damages;

14. Amy Mach, Investigator for the Massachusetts Department of Mental Health, 25 Staniford Street, Boston, MA 02114, conducted the DMH investigation into the death of Mr. Satterthwaite;

15. Renee Satterthwaite, 58 Highland Ave, Abington, MA, likely has knowledge regarding Mr. Satterthwaite's psychiatric condition as of May, 2002 and damages; and

16. Lauren Satterthwaite, 58 Highland Ave, Abington, MA, likely has knowledge regarding Mr. Satterthwaite's psychiatric condition as of May, 2002 and damages.

Additionally, please see all documents produced in this disclosure for the names of individuals with discoverable information.

The plaintiff reserves the right to supplement this disclosure as investigation and discovery in this matter are not complete.

B. <u>Description of Documents Which Sheryl Satterthwaite May Use To Support Her Claim And/Or Defenses</u>

The plaintiff, Sheryl Satterthwaite, attaches copies of the following documents:

1. Emergency Room Records, Jordan Hospital, 4/28/02
2. McLean Hospital Records, 4/28 – 5/6/02
3. Westwood Lodge Hospital Day Program Records, 5/7/02 – 5/23/02
4. Nova Psychiatric Services Bills, 9/6/00, 1/9/02, 5/24/02
5. Boston VA Records, 5/28/02 – 6/17/02
6. Department of Mental Health Investigation Report, 9/10/02
7. Death Certificate of Dennis Satterthwaite

C. <u>Computation Of Damages</u>

The plaintiff, Sheryl Satterthwaite, as Executrix of the Estate of Dennis Satterthwaite, is claiming damages in the amount of $4,000,000.00 for the wrongful death of Dennis Satterthwaite.

D. <u>Insurance Agreements</u>

None.

PLAINTIFF

By Her Attorneys,

SUGARMAN AND SUGARMAN, P.C.

Jodi M. Petrucelli – BBO# 561911
David P. McCormack – BBO# 659006
One Beacon Street
Boston, MA 02108
(617) 542-1000
jpetrucelli@sugarman.com
dmccormack@sugarman.com

## Certificate of Service

I hereby certify that a true copy of the above document was served by mail, postage prepaid, on _____2/2/06_____ upon the attorney of record for each party:

James McGovern, Esq.
U.S. Attorney's Office – District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston MA 02210

James P. Donohue, Jr., Esq.
Sloane & Walsh
Three Center Plaza
Boston, MA 02108

Janet Bobit, Esq.
Hunter & Bobit, P.C.
83 Atlantic Avenue
Boston, MA 02110

David P. McCormack