UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-REK

| | |
|---|---|
| SHERYL SATTERTHWAITE, as Executrix ) | |
| of the Estate of DENNIS SATTERTHWAITE, ) | |
|     Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| UHS OF WESTWOOD PEMBROKE, INC., ) | |
| ARTHUR PAPAS, and, ) | |
| CATHERINE SULLIVAN, R.N.C., ) | |
|     Defendants ) | |

DEFENDANT CATHERINE SULLIVAN'S FIRST SUPPLEMENTATION TO HER INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1) and United States District Court Local Rule 26.2 (A), the Defendant, Catherine Sullivan, R.N., supplements her initial disclosures as follows.

**A.    Individuals likely to have discoverable information**

1.    Sheryl Satterthwaite
      58 Highland Road
      Abington, MA

      Ms. Satterthwaite is likely to have knowledge regarding her husband's physical and mental condition from before and during May 2002 and regarding alleged damages.

2.    Arthur Papas, M.D.
      5 Byron Road
      Weston, MA

      Dr. Papas is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment in May 2002.

3.    Catherine Sullivan, R.N.
      36 Grandfield Street
      Dedham, MA  02026

  Ms. Sullivan is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment in May 2002.

4.  John L. Randolph, Ed.D.
  Veterans Affairs Boston Outpatient Clinic
  251 Causeway Street
  Boston, MA

  Mr. Randolph is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment in May 2002.

5.  Sandra Baker-Morissette, Ph.D.
  Veterans Affairs Boston Outpatient Clinic
  251 Causeway Street
  Boston, MA

  Dr. Baker-Morissette is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment in May 2002.

6.  John J. Pehrson, M.D.
  851 Main Street
  South Weymouth, MA

  Dr. Pehrson is likely to have knowledge of Mr. Satterthwaite's physical and mental condition and treatment from before and during May 2002.

7.  Robert Lasky
  Nova Psychiatric Services
  1261 Furnace Brook Parkway
  Quincy, MA

  Mr. Lasky is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment from before and during May 2002.

8.  Norman Satterthwaite
  12 Bayberry Lane
  Plymouth, MA

  Mr. Satterthwaite is likely to have knowledge of Mr. Satterthwaite's physical and mental condition from before and during May 2002 and alleged damages.

9.  Rochelle Cooper
  Nova Psychiatric Services
  1261 Furnace Brook Parkway
  Quincy, MA

       Ms. Cooper is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment from before and during May 2002.

10.    Kim Desjardin
       Address unknown

       Ms. Desjardin is likely to have knowledge of Mr. Satterthwaite's physical and mental condition from before and during May 2002.

11.    Maureen Malin, M.D.
       Emerson Hospital
       133 Ornac
       Concord, MA

       Dr. Malin is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment in April and May 2002.

12.    Marc Silbret, M.D.
       McLean Hospital Southeast
       940 Belmont Street
       Brockton, MA

       Dr. Silbret is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment in April and May 2002.

13.    Mark Longsjo, LICSW
       McLean Hospital Southeast
       940 Belmont Street
       Brockton, MA

       Mr. Longsjo is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment in April and May 2002.

14.    Elizabeth Condron
       Westwood Lodge
       45 Clapboardtree Street
       Westwood, MA

       Ms. Condron is likely to have knowledge of Mr. Satterthwaite's attempt to contact Westwood Lodge in May 2002.

15.    Sadie-Anne Maroon
       Westwood Lodge
       45 Clapboardtree Street

Westwood, MA

Ms. Maroon is likely to have knowledge of Mr. Satterthwaite's attempt to contact Westwood Lodge in May 2002.

16. Ashraf Attalla, M.D.
    Formerly affiliated with Westwood Lodge
    45 Clapboardtree Street
    Westwood, MA

    Dr. Attalla is likely to have knowledge regarding Mr. Satterthwaite's mental status and treatment in May 2002.

17. Monica Gordon
    Arbour Hospital
    49 Robinwood Avenue
    Boston, MA

    Ms. Gordon is likely to have knowledge regarding Mr. Satterthwaite's phone call to the ACCESS phone line on or about May 25, 2002.

18. Judi Kramer
    Arbour Hospital
    49 Robinwood Avenue
    Boston, MA

    Ms. Kramer is likely to have knowledge regarding policies and procedures of the Arbour Hospital regarding admissions and assessments in May 2002.

19. Patricia Loughman-West
    Westwood Lodge
    45 Clapboardtree Street
    Westwood, MA

    Ms. Loughman-West is likely to have knowledge regarding Mr. Satterthwaite's mental status and treatment in May 2002.

20. Dennis Satterthwaite's children
    Address(es) unknown

    They are likely to have knowledge of Mr. Satterthwaite's physical and mental status from before and during May 2002, and regarding alleged damages.

21. Any health care providers involved in the care and treatment of Dennis Satterthwaite.

The Defendant reserves the right to further supplement this response as discoverable information becomes available.

    The Defendant reserves her right to further supplement these disclosures.

                                /s/ Amy J. DeLisa
JANET J. BOBIT, BBO# 550152
AMY J. DeLISA, BBO# 645004
Attorneys for Defendant,
 Catherine Sullivan, R.N.C.
HUNTER & BOBIT, P.C.
83 Atlantic Avenue
Boston, MA 02110
(617) 371-1440

DATED:     3/17/06