UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-REK

| | |
|---|---|
| SHERYL SATTERTHWAITE, as Executrix of the Estate of DENNIS SATTERTHWAITE,<br>    Plaintiff | )<br>)<br>)<br>) |
| vs. | )<br>) |
| UNITED STATES OF AMERICA,<br>UHS OF WESTWOOD PEMBROKE, INC.,<br>ARTHUR PAPAS, and,<br>CATHERINE SULLIVAN, R.N.C.,<br>    Defendants | )<br>)<br>)<br>)<br>) |

### DEFENDANT UHS OF WESTWOOD PEMBROKE, INC.'S FIRST SUPPLEMENTATION TO ITS INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1) and United States District Court Local Rule 26.2 (A), the Defendant, UHS of Westwood Pembroke, Inc., supplements its initial disclosures as follows.

**A.   Individuals likely to have discoverable information**

1. Sheryl Satterthwaite
   58 Highland Road
   Abington, MA

   Ms. Satterthwaite is likely to have knowledge regarding her husband's physical and mental condition from before and during May 2002 and regarding alleged damages.

2. Arthur Papas, M.D.
   5 Byron Road
   Weston, MA

   Dr. Papas is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment in May 2002.

3. Catherine Sullivan, R.N.
   36 Grandfield Street
   Dedham, MA  02026

        Ms. Sullivan is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment in May 2002.

4.     John L. Randolph, Ed.D.
       Veterans Affairs Boston Outpatient Clinic
       251 Causeway Street
       Boston, MA

       Mr. Randolph is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment in May 2002.

5.     Sandra Baker-Morissette, Ph.D.
       Veterans Affairs Boston Outpatient Clinic
       251 Causeway Street
       Boston, MA

       Dr. Baker-Morissette is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment in May 2002.

6.     John J. Pehrson, M.D.
       851 Main Street
       South Weymouth, MA

       Dr. Pehrson is likely to have knowledge of Mr. Satterthwaite's physical and mental condition and treatment from before and during May 2002.

7.     Robert Lasky
       Nova Psychiatric Services
       1261 Furnace Brook Parkway
       Quincy, MA

       Mr. Lasky is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment from before and during May 2002.

8.     Norman Satterthwaite
       12 Bayberry Lane
       Plymouth, MA

       Mr. Satterthwaite is likely to have knowledge of Mr. Satterthwaite's physical and mental condition from before and during May 2002 and alleged damages.

9.     Rochelle Cooper
       Nova Psychiatric Services
       1261 Furnace Brook Parkway

Quincy, MA

Ms. Cooper is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment from before and during May 2002.

10. Kim Desjardin
Address unknown

Ms. Desjardin is likely to have knowledge of Mr. Satterthwaite's physical and mental condition from before and during May 2002.

11. Maureen Malin, M.D.
Emerson Hospital
133 Ornac
Concord, MA

Dr. Malin is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment in April and May 2002.

12. Marc Silbret, M.D.
McLean Hospital Southeast
940 Belmont Street
Brockton, MA

Dr. Silbret is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment in April and May 2002.

13. Mark Longsjo, LICSW
McLean Hospital Southeast
940 Belmont Street
Brockton, MA

Mr. Longsjo is likely to have knowledge of Mr. Satterthwaite's mental condition and treatment in April and May 2002.

14. Elizabeth Condron
Westwood Lodge
45 Clapboardtree Street
Westwood, MA

Ms. Condron is likely to have knowledge of Mr. Satterthwaite's attempt to contact Westwood Lodge in May 2002.

15. Sadie-Anne Maroon
Westwood Lodge

   45 Clapboardtree Street
   Westwood, MA

   Ms. Maroon is likely to have knowledge of Mr. Satterthwaite's attempt to contact Westwood Lodge in May 2002.

16. Ashraf Attalla, M.D.
   Formerly affiliated with Westwood Lodge
   45 Clapboardtree Street
   Westwood, MA

   Dr. Attalla is likely to have knowledge regarding Mr. Satterthwaite's mental status and treatment in May 2002.

17. Monica Gordon
   Arbour Hospital
   49 Robinwood Avenue
   Boston, MA

   Ms. Gordon is likely to have knowledge regarding Mr. Satterthwaite's phone call to the ACCESS phone line on or about May 25, 2002.

18. Judi Kramer
   Arbour Hospital
   49 Robinwood Avenue
   Boston, MA

   Ms. Kramer is likely to have knowledge regarding policies and procedures of the Arbour Hospital regarding admissions and assessments in May 2002.

19. Patricia Loughman-West
   Westwood Lodge
   45 Clapboardtree Street
   Westwood, MA

   Ms. Loughman-West is likely to have knowledge regarding Mr. Satterthwaite's mental status and treatment in May 2002.

20. Dennis Satterthwaite's children
   Address(es) unknown

   They are likely to have knowledge of Mr. Satterthwaite's physical and mental status from before and during May 2002, and regarding alleged damages.

21. Any health care providers involved in the care and treatment of Dennis

Satterthwaite.

The Defendant reserves the right to further supplement this response as discoverable information becomes available.

The Defendant reserves its right to further supplement these disclosures.

       /s/ Amy J. DeLisa
JANET J. BOBIT, BBO# 550152
AMY J. DeLISA, BBO# 645004
Attorneys for Defendant,
 UHS of Westwood Pembroke, Inc.
HUNTER & BOBIT, P.C.
83 Atlantic Avenue
Boston, MA 02110
(617) 371-1440

DATED:      3/17/06