UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-WGY

| | |
|---|---|
| SHERYL SATTERTHWAITE, as Executrix | ) |
| of the Estate of DENNIS SATTERTHWAITE, | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| UHS OF WESTWOOD PEMBROKE, INC., | ) |
| ARTHUR PAPAS, and, | ) |
| CATHERINE SULLIVAN, R.N.C., | ) |
| Defendants | ) |

## ORDER

It is hereby ordered that **Caritas Norwood Hospital** or the person or persons in charge of its records, permit the Defendants, Catherine Sullivan, R.N.C. and UHS of Westwood Pembroke, Inc., or the Attorneys of the Defendants, Janet J. Bobit & Amy J. DeLisa, Hunter & Bobit, P.C., 83 Atlantic Avenue, Boston, Massachusetts 02110, to inspect the records concerning or relating to Dennis Satterthwaite and to furnish said Defendants or said Attorneys copies of said records upon the payment of a reasonable fee, including those subject to the provisions of G.L. c. 111, §§ 70E, 70F; G.L. c. 112, §§ 12S, 129A, 135; G.L. c. 119, §51A-E, G.L. c. 123, §36; G.L. c. 233, §§ 20A, 20B, 20J; 21 U.S.C. § 1174, 42 U.S.C. § 290dd-2 or 42 C.F.R. Part 2, except that said copies of the records shall not contain any list of the nature and treatment of any disease, a record of which is required to be kept under the provisions of G.L., (Ter. Ed.) c. 111, §119.

By the Court,

William G. Young
District Judge

Dated: _Nov 22, 2006_

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-WGY

SHERYL SATTERTHWAITE, as Executrix )
of the Estate of DENNIS SATTERTHWAITE, )
    Plaintiff )
     )
vs. )
     )
UNITED STATES OF AMERICA, )
UHS OF WESTWOOD PEMBROKE, INC., )
ARTHUR PAPAS, and, )
CATHERINE SULLIVAN, R.N.C., )
    Defendants )

## ORDER

It is hereby ordered that **High Point Treatment Center** or the person or persons in charge of its records, permit the Defendants, Catherine Sullivan, R.N.C. and UHS of Westwood Pembroke, Inc., or the Attorneys of the Defendants, Janet J. Bobit & Amy J. DeLisa, Hunter & Bobit, P.C., 83 Atlantic Avenue, Boston, Massachusetts 02110, to inspect the records concerning or relating to Dennis Satterthwaite and to furnish said Defendants or said Attorneys copies of said records upon the payment of a reasonable fee, including those subject to the provisions of G.L. c. 111, §§ 70E, 70F; G.L. c. 112, §§ 12S, 129A, 135; G.L. c. 119, §51A-E, G.L. c. 123, §36; G.L. c. 233, §§ 20A, 20B, 20J; 21 U.S.C. § 1174, 42 U.S.C. § 290dd-2 or 42 C.F.R. Part 2, except that said copies of the records shall not contain any list of the nature and treatment of any disease, a record of which is required to be kept under the provisions of G.L., (Ter. Ed.) c. 111, §119.

By the Court,

William L. Young
District Judge

Dated: *November 22, 2006*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-WGY

SHERYL SATTERTHWAITE, as Executrix )
of the Estate of DENNIS SATTERTHWAITE, )
    Plaintiff )
     )
vs. )
     )
UNITED STATES OF AMERICA, )
UHS OF WESTWOOD PEMBROKE, INC., )
ARTHUR PAPAS, and, )
CATHERINE SULLIVAN, R.N.C., )
    Defendants )

## ORDER

It is hereby ordered that **Jordan Hospital** or the person or persons in charge of its records, permit the Defendants, Catherine Sullivan, R.N.C. and UHS of Westwood Pembroke, Inc., or the Attorneys of the Defendants, Janet J. Bobit & Amy J. DeLisa, Hunter & Bobit, P.C., 83 Atlantic Avenue, Boston, Massachusetts 02110, to inspect the records concerning or relating to Dennis Satterthwaite and to furnish said Defendants or said Attorneys copies of said records upon the payment of a reasonable fee, including those subject to the provisions of G.L. c. 111, §§ 70E, 70F; G.L. c. 112, §§ 12S, 129A, 135; G.L. c. 119, §51A-E, G.L. c. 123, §36; G.L. c. 233, §§ 20A, 20B, 20J; 21 U.S.C. § 1174, 42 U.S.C. § 290dd-2 or 42 C.F.R. Part 2, except that said copies of the records shall not contain any list of the nature and treatment of any disease, a record of which is required to be kept under the provisions of G.L., (Ter. Ed.) c. 111, §119.

By the Court,

William D. Young
District Judge

Dated: *Nov 22, 2006*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-WGY

SHERYL SATTERTHWAITE, as Executrix            )
of the Estate of DENNIS SATTERTHWAITE,        )
    Plaintiff                                 )
                                              )
vs.                                           )
                                              )
UNITED STATES OF AMERICA,                     )
UHS OF WESTWOOD PEMBROKE, INC.,               )
ARTHUR PAPAS, and,                            )
CATHERINE SULLIVAN, R.N.C.,                   )
    Defendants                                )

## ORDER

It is hereby ordered that **McLean Hospital** or the person or persons in charge of its records, permit the Defendants, Catherine Sullivan, R.N.C. and UHS of Westwood Pembroke, Inc., or the Attorneys of the Defendants, Janet J. Bobit & Amy J. DeLisa, Hunter & Bobit, P.C., 83 Atlantic Avenue, Boston, Massachusetts 02110, to inspect the records concerning or relating to Dennis Satterthwaite and to furnish said Defendants or said Attorneys copies of said records upon the payment of a reasonable fee, including those subject to the provisions of G.L. c. 111, §§ 70E, 70F; G.L. c. 112, §§ 12S, 129A, 135; G.L. c. 119, §51A-E, G.L. c. 123, §36; G.L. c. 233, §§ 20A, 20B, 20J; 21 U.S.C. § 1174, 42 U.S.C. § 290dd-2 or 42 C.F.R. Part 2, except that said copies of the records shall not contain any list of the nature and treatment of any disease, a record of which is required to be kept under the provisions of G.L., (Ter. Ed.) c. 111, §119.

By the Court,

William A. Young
District Judge

Dated: _Nov 22, 2006_