# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Sheryl Satterthwaite**
                    **Plaintiff(s)**

                    **V.**                                    **CIVIL NO. 05-10606-WGY**

**United States of America, et al.**
                    **Defendant(s)**

## NOTICE AND ORDER

**Bowler, U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for _____

_____ a mediation hearing _____ on  4/20/2007  at  10:00  A.M. before

Magistrate Judge _____ Marianne B. Bowler _____ in Courtroom #  25 .

It is further ORDERED that all PARTIES are REQUIRED to attend and must

have full binding settlement authority.  Leave of court is REQUIRED for any

exceptions.  All confidential mediation briefs are to be submitted to the court VIA

FACSIMILE at (617) 204-5833 at least TWO BUSINESS DAYS prior to the hearing.


                                        **SARAH A. THORNTON,**
                                        **CLERK OF COURT**

**2/16/2007**                          **/s/ Marc K. Duffy, Esq.**
**Date**                                **Deputy Clerk**


**(ADR NOTICE (Satterthwaite).wpd - 3/7/2005)**