UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL SATTERTHWAITE, AS EXECUTRIX OF THE ESTATE OF DENNIS SATTERTHWAITE,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA, UHS OF WESTWOOD PEMBROKE, INC., ARTHUR N. PAPAS, M.D. AND CATHERINE SULLIVAN, R.N.C.,<br><br>Defendants | NO. 05-10606-WGY |

**OPPOSITION OF THE PLAINTIFF TO DEFENDANTS, CATHERINE SULLIVAN, R.N.C, AND UHS OF WESTWOOD PEMBROKE, INC.'S MOTION TO OBTAIN COURT ORDERS TO OBTAIN RECORDS FROM THE INTERNAL REVENUE SERVICE AND THE UNITED STATES POSTAL SERVICE**

The plaintiff, Sheryl Satterthwaite, as Executrix of the Estate of Dennis Satterthwaite, hereby opposes the defendants, Catherine Sullivan, R.N.C. and UHS of Westwood Pembroke, Inc.'s (collectively the "Defendants") motion to obtain a court order requiring the defendant, United States of America, to produce records from the Internal Revenue Service and the United States Postal Service. In support of her opposition, the plaintiff relies upon her Memorandum in Support of her Opposition to the Motion of the Defendants, Catherine Sullivan, R.N.C. and UHS of Westwood Pembroke, Inc.'s Motion to Obtain records from the Internal Revenue Service and the United States Postal Service with attached exhibits.

Should this Court determine that any of the records should be produced, the plaintiff requests that the order by limited to such records in the following manner:

1

1. Any and all correspondence between Dennis Satterthwaite and the IRS regarding unpaid taxes, penalties and late fees for the year 2002;

2. Any and all records from the United Postal Service regarding Dennis Satterthwaite's work attendance from May 23, 2002 through May 30, 2002;

3. Any and all records from the United Postal Service regarding any discipline and/or warnings Dennis Satterthwaite received from May 23, 2002 through May 30, 2002; and

4. Any and all records from the United Postal Service regarding Dennis Satterthwaite's treatment with the United Postal Service Employee Assistance Program from May 23, 2002 through May 30, 2002.

PLAINTIFF,

By her attorneys,

SUGARMAN AND SUGARMAN, P.C.

Dated: February 28, 2007

/s/ David P. McCormack
Jodi M. Petrucelli
BBO# 561911
jpetrucelli@sugarman.com
David P. McCormack
BBO# 659006
dmccormack@sugarman.com
One Beacon Street
Boston, Massachusetts 02108
617-542-1000

## Certificate of Service

I hereby certify that a true copy of the above document was served by regular mail, postage prepaid, on February 28, 2007 upon the attorney of record for each party:

Tony Giedt, Esq.
U.S. Attorney's Office
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston MA 02210

James P. Donohue, Jr., Esq.
Stacey Morris, Esq.
Sloane & Walsh
Three Center Plaza
Boston, MA 02108

Janet Bobit, Esq.
Amy DeLisa, Esq.
Hunter & Bobit, P.C.
83 Atlantic Avenue
Boston, MA 02110

/s/ David P. McCormack
David P. McCormack

198938.1