UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL SATTERTHWAITE, AS EXECUTRIX OF THE ESTATE OF DENNIS SATTERTHWAITE,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA, UHS OF WESTWOOD PEMBROKE, INC., ARTHUR N. PAPAS, M.D. AND CATHERINE SULLIVAN, R.N.C.,<br><br>Defendants | NO. 05-10606-WGY |

**OPPOSITION OF THE PLAINTIFF TO DEFENDANTS CATHERINE SULLIVAN, R.N.C, AND UHS OF WESTWOOD PEMBROKE, INC.'S MOTION FOR RECONSIDERATION**

The plaintiff, Sheryl Satterthwaite, as Executrix of the Estate of Dennis Satterthwaite, hereby opposes the defendants, Catherine Sullivan, R.N.C. and UHS of Westwood Pembroke, Inc.'s (collectively the "Defendants") motion for reconsideration of their motion to obtain a court order requiring the defendant, United States of America, to produce records from the Internal Revenue Service and the United States Postal Service.

On March 1, 2007, this Court entered an Order granting the Defendants' motion in part, but limiting the time frame of the records to be produced. The Defendants have failed to set forth any further information or exhibits demonstrating the need or necessity for any alteration of this Court's prior Order. The time limitations adopted by this Court are consistent with the Defendants' own statements of the time period relevant to this matter.

1

Therefore, the plaintiff respectfully requests that this Court deny the defendants, Catherine Sullivan, R.N.C. and UHS of Westwood Pembroke, Inc.'s motion for reconsideration of their motion to obtain a court order requiring the defendant, United States of America, to produce records from the Internal Revenue Service and the United States Postal Service.

PLAINTIFF,

By her attorneys,

SUGARMAN AND SUGARMAN, P.C.

Dated: March 7, 2007

/s/ David P. McCormack
Jodi M. Petrucelli
BBO# 561911
jpetrucelli@sugarman.com
David P. McCormack
BBO# 659006
dmccormack@sugarman.com
One Beacon Street
Boston, Massachusetts 02108
617-542-1000

2

## Certificate of Service

I hereby certify that a true copy of the above document was served by regular mail, postage prepaid, on March 7, 2007 upon the attorney of record for each party:

Tony Giedt, Esq.
U.S. Attorney's Office
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston MA 02210

James P. Donohue, Jr., Esq.
Stacey Morris, Esq.
Sloane & Walsh
Three Center Plaza
Boston, MA 02108

Janet Bobit, Esq.
Amy DeLisa, Esq.
Hunter & Bobit, P.C.
83 Atlantic Avenue
Boston, MA 02110

/s/ David P. McCormack
David P. McCormack

199382.1