UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL SATTERTHWAITE, AS EXECUTRIX OF THE ESTATE OF DENNIS SATTERTHWAITE, ) ) ) ) | |
| Plaintiff ) | |
| ) | |
| v. ) | NO. 05-10606-WGY |
| ) | |
| UNITED STATES OF AMERICA, UHS OF WESTWOOD PEMBROKE, INC., ARTHUR N. PAPAS, M.D. AND CATHERINE SULLIVAN, R.N.C., ) ) ) ) ) | |
| Defendants ) ) | |

**PARTIAL OPPOSITION OF THE PLAINTIFF TO DEFENDANTS CATHERINE SULLIVAN, R.N.C, AND UHS OF WESTWOOD PEMBROKE, INC.'S MOTION TO OBTAIN COURT ORDERS TO OBTAIN RECORDS FROM CARE PROVIDERS REFERENCED IN PLAINTIF'S DECEDENT'S JOURNALS**

The plaintiff, Sheryl Satterthwaite, as Executrix of the Estate of Dennis Satterthwaite, hereby partially opposes the defendants, Catherine Sullivan, R.N.C. and UHS of Westwood Pembroke, Inc.'s (collectively the "Defendants") motion to obtain a court order requiring South Sore Mental Health, HRI Counseling, Harvard Vanguard Medical Associates, Carney Hospital, Southeastern Psychiatric Associates and Good Shepherd's Maria Droste Services (collectively the "Providers"), to release any and all medical and/or mental health treatment records regarding the plaintiff's decedent, Dennis Satterthwaite. In support of her opposition, the plaintiff relies upon her accompanying Memorandum in Support of her Partial Opposition to the Motion of the Defendants, Catherine Sullivan, R.N.C. and UHS of Westwood Pembroke, Inc.

The plaintiff requests that this Court's order be limited to such records of the

1

Providers in the following manner:

    1.    Any and all mental health records for the year 2002.


            PLAINTIFF,

            By her attorneys,

            SUGARMAN AND SUGARMAN, P.C.


Dated: March 7, 2007            /s/ David P. McCormack
            Jodi M. Petrucelli
            BBO# 561911
            jpetrucelli@sugarman.com
            David P. McCormack
            BBO# 659006
            dmccormack@sugarman.com
            One Beacon Street
            Boston, Massachusetts 02108
            617-542-1000

<u>Certificate of Service</u>

I hereby certify that a true copy of the above document was served by regular mail, postage prepaid, on March 7, 2007 upon the attorney of record for each party:

Tony Giedt, Esq.
U.S. Attorney's Office
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston MA 02210

James P. Donohue, Jr., Esq.
Stacey Morris, Esq.
Sloane & Walsh
Three Center Plaza
Boston, MA 02108

Janet Bobit, Esq.
Amy DeLisa, Esq.
Hunter & Bobit, P.C.
83 Atlantic Avenue
Boston, MA 02110

/s/ David P. McCormack
David P. McCormack

199381.1

3