UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-WGY

| | |
|---|---|
| SHERYL SATTERTHWAITE, as Executrix of the Estate of DENNIS SATTERTHWAITE, <br>    Plaintiff | ) <br> ) <br> ) <br> ) |
| vs. | ) <br> ) |
| UNITED STATES OF AMERICA, <br> UHS OF WESTWOOD PEMBROKE, INC., <br> ARTHUR PAPAS, and, <br> CATHERINE SULLIVAN, R.N.C., <br>    Defendants | ) <br> ) <br> ) <br> ) <br> ) |

ORDER

It is hereby ordered that the **Internal Revenue Service** or the person or persons in charge of its records, permit the Defendants, Catherine Sullivan, R.N.C. and UHS of Westwood Pembroke, Inc., or the Attorneys of the Defendants, Janet J. Bobit & Amy J. DeLisa, Hunter & Bobit, P.C., 83 Atlantic Avenue, Boston, Massachusetts 02110, to inspect any and all correspondence between Dennis Satterthwaite and the Internal Revenue Service regarding unpaid taxes, penalties, and late fees for the year 2002.

By the Court,

_____

Dated: _____