UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-WGY

SHERYL SATTERTHWAITE, as Executrix )
of the Estate of DENNIS SATTERTHWAITE, )
    Plaintiff )
 )
vs. )
 )
UNITED STATES OF AMERICA, )
UHS OF WESTWOOD PEMBROKE, INC., )
ARTHUR PAPAS, and, )
CATHERINE SULLIVAN, R.N.C., )
    Defendants )

### ORDER

It is hereby ordered that the **United States Postal Service** or the person or persons in charge of its records, permit the Defendants, Catherine Sullivan, R.N.C. and UHS of Westwood Pembroke, Inc., or the Attorneys of the Defendants, Janet J. Bobit & Amy J. DeLisa, Hunter & Bobit, P.C., 83 Atlantic Avenue, Boston, Massachusetts 02110, to inspect any and all records regarding the following:

1. Any and all records regarding Dennis Satterthwaite's work attendance from May 23, 2002 through May 30, 2002;

2. Any and all records regarding any discipline and/or warnings Dennis Satterthwaite received from May 23, 2002 through May 30, 2002; and,

3.  Any and all records regarding Dennis Satterthwaite's treatment with the United States Postal Service Employee Assistance Program from May 23, 2002 through May 30, 2002.

By the Court,

*William G. Young*

Dated: *March 30, 2007*