```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
_____
                              )
SHERYL SATTERTHWAITE, as       )
Executrix of the Estate of     )
Dennis Satterthwaite,          )
                              )
     Plaintiff,                )
                              )   C.A. No. 05-10606-REK
v.                             )
                              )
UNITED STATES OF AMERICA,      )
                              )
     Defendant.                )
_____)
```

**SUBSTITUTION OF APPEARANCE**

To the Clerk:

Please enter my appearance in the above-captioned case as counsel for the Defendant, United States of America, in substitution for Assistant United States Attorney Rayford A. Farquhar.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                    By: /s/ Anton P. Giedt
                                        Anton P. Giedt
                                        Assistant U.S. Attorney
                                        John J. Moakley U.S. Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA  02210
                                        (617) 748-3100

Dated: March 30, 2007

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 30, 2007.

                                      /s/ Anton P. Giedt
                                      Anton P. Giedt
                                      Assistant U.S. Attorney