UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

SHERYL SATTERTHWAITE AS
EXECUTRIX OF THE ESTATE OF
DENNIS SATTERTHWAITE

           Plaintiff,

vs.

UNITED STATES OF AMERICA, UHS OF
WESTWOOD PEMBROKE, INC., ARTHUR
N. PAPAS, M.D. AND CATHERINE
SULLIVAN, R.N.C.

           Defendants.

No. 05-10606 WGY

### JOINT MOTION TO RESCHEDULE MEDIATION HEARING

Now come the parties in the above-captioned action and move to continue the mediation hearing scheduled with Magistrate Judge Marianne B. Bowler from Thursday, April 19, 2007 10:00 am to Friday, May 18, 2007 at 10:00 am.

As grounds therefore, the parties state that a mediation hearing in this matter was originally scheduled for April 20, 2007 and was subsequently rescheduled by the Court to April 19, 2007. Due to previous scheduled commitments, several counsel are not available on April 19, 2007. After coordination amongst the parties and Deputy Clerk, Marc K. Duffy, Esq., the earliest available date to conduct the mediation hearing is May 18, 2007. Deputy Clerk Duffy has informed counsel for the plaintiff that Magistrate Judge Bowler is available to conduct the mediation hearing on May 18, 2007 and Deputy Clerk Duffy is presently holding this date for the parties.

Wherefore, the parties respectfully request that the mediation hearing in this matter be continued from April 19, 2007 at 10:00 am to May 18, 2007 at 10:00 am.

| PLAINTIFF | DEFENDANTS |
|---|---|
| Sheryl Satterthwaite | Universal Health Services, Inc. and Catherine Sullivan, R.N.C. |
| By her Attorneys | By their Attorneys |
| SUGARMAN & SUGARMAN, P.C. | HUNTER & BOBIT, P.C. |
| /s/ David P. McCormack <br> Jodi M. Petrucelli – BBO# 561911 <br> David P. McCormack – BBO# 659006 <br> One Beacon Street <br> Boston, MA 02108 <br> (617) 542-1000 <br> jpetrucelli@sugarman.com <br> dmccormack@sugarman.com | /s/ Amy DeLisa <br> Janet Bobit <br> Amy DeLisa <br> 83 Atlantic Avenue <br> Boston, MA 02110 <br> (617) 371-1440 <br> jjbobit@hunterbobit.com <br> adelisa@hunterbobit.com |
| DEFENDANT | DEFENDANT |
| United States of America | Arthur Papas, M.D. |
| By its Attorneys | By his Attorneys |
| UNITED STATES ATTORNEY'S OFFICE | SLOANE & WALSH |
| /s/ Anton Giedt <br> Anthon Giedt <br> 1 Courthouse Way, Suite 9200 <br> Boston, MA 02210 <br> (617) 748-3969 <br> anton.giedt@usdoj.gov | /s/ Stacey Morris <br> James P. Donohue, Jr. <br> Stacey Morris <br> Three Center Plaza <br> Boston, MA 02108 <br> (617) 523-6010 <br> jdonohue@sloanewalsh.com <br> smorris@sloanewalsh.com |