UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-WGY

| | |
|---|---|
| SHERYL SATTERTHWAITE, as Executrix ) | |
| of the Estate of DENNIS SATTERTHWAITE, ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| UHS OF WESTWOOD PEMBROKE, INC., ) | |
| ARTHUR PAPAS, and, ) | |
| CATHERINE SULLIVAN, R.N.C., ) | |
| Defendants ) | |

MOTION OF DEFENDANTS, UHS OF WESTWOOD PEMBROKE, INC., AND CATHERINE SULLIVAN, R.N.C., TO ALLOW THEIR CLAIM REPRESENTATIVE TO PARTICIPATE IN MEDIATION VIA TELEPHONE

The Defendants, UHS of Westwood Pembroke, Inc., and Catherine Sullivan, R.N.C., respectfully request that this Honorable Court allow their claim representative, Richard Kim, to participate in the mediation of this matter via telephone. In support of this Motion, the Defendants state the following:

1.  This is a wrongful death case which has been referred to mediation by Judge Young. The mediation in this matter is scheduled for May 18, 2007, before Magistrate Judge Marianne B. Bowler.

2.  Ms. Sullivan and the Risk Manager of Westwood Lodge Hospital, Julie Hetherington, are expected to attend this mediation. However, the claim representative, Richard Kim, is located in King of Prussia, Pennsylvania, and will be unable to attend the mediation in person.

3. Janet Bobit, trial counsel for UHS of Westwood Pembroke, Inc., will attend this mediation and will have settlement authority on behalf of her clients. However, it may be necessary to contact Mr. Kim via telephone as negotiations continue. Mr. Kim has agreed to make himself available to counsel during this mediation via telephone as needed.

Wherefore, the Defendants respectfully request that this Honorable Court allow claim representative Richard Kim to participate in the mediation of this matter via telephone.

        /s/ Amy J. DeLisa
JANET J. BOBIT, BBO# 550152
AMY J. DeLISA, BBO# 645004
Attorneys for Defendants,
 UHS of Westwood Pembroke, Inc.,
 and Catherine Sullivan, R.N.C.
HUNTER & BOBIT, P.C.
83 Atlantic Avenue
Boston, MA 02110
(617) 371-1440

DATED:   April 20, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-WGY

| | |
|---|---|
| SHERYL SATTERTHWAITE, as Executrix of the Estate of DENNIS SATTERTHWAITE,<br>    Plaintiff | )<br>)<br>)<br>) |
| vs. | )<br>) |
| UNITED STATES OF AMERICA,<br>UHS of WESTWOOD PEMBROKE, INC.,<br>ARTHUR PAPPAS, and,<br>CATHERINE SULLIVAN,<br>    Defendants | )<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

    I hereby certify that this **MOTION OF DEFENDANTS, UHS OF WESTWOOD PEMBROKE, INC., AND CATHERINE SULLIVAN, R.N.C., TO ALLOW THEIR CLAIM REPRESENTATIVE TO PARTICIPATE IN MEDIATION VIA TELEPHONE** filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **April 20, 2007.**

                                              /s/ Amy J. DeLisa
                                    JANET J. BOBIT, BBO# 550152
                                    AMY J. DeLISA, BBO# 645004
                                    Attorneys for Defendants,
                                    UHS of Westwood Pembroke, Inc.
                                    and Catherine Sullivan
                                    HUNTER & BOBIT, P.C.
                                    83 Atlantic Avenue
                                    Boston, MA 02110
                                    (617) 371-1440

DATED:      April 20, 2007