UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-WGY

| | |
|---|---|
| SHERYL SATTERTHWAITE, as Executrix of the Estate of DENNIS SATTERTHWAITE, <br> Plaintiff | ) <br> ) <br> ) <br> ) |
| vs. | ) <br> ) |
| UNITED STATES OF AMERICA, <br> UHS OF WESTWOOD PEMBROKE, INC., <br> ARTHUR PAPAS, and, <br> CATHERINE SULLIVAN, R.N.C., <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

It is hereby ordered that **Magellan Behavioral Health**, or the person or persons in charge of its records, permit the Defendants, Catherine Sullivan, R.N.C. and UHS of Westwood Pembroke, Inc., or the Attorneys of the Defendants, Janet J. Bobit & Amy J. DeLisa, Hunter & Bobit, P.C., 83 Atlantic Avenue, Boston, Massachusetts 02110, to inspect any and all records regarding the following:

1.  Any and all records regarding Dennis Satterthwaite's treatment with the United States Postal Service Employee Assistance Program from May 23, 2002 through May 30, 2002.

By the Court,

_____

Dated: _____