UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-WGY

SHERYL SATTERTHWAITE, as Executrix         )
of the Estate of DENNIS SATTERTHWAITE,     )
    Plaintiff                              )
                                           )
vs.                                        )
                                           )
UNITED STATES OF AMERICA,                  )
UHS OF WESTWOOD PEMBROKE, INC.,            )
ARTHUR PAPAS, and,                         )
CATHERINE SULLIVAN, R.N.C.,                )
    Defendants                             )

DEFENDANTS UHS OF WESTWOOD PEMBROKE, INC., AND CATHERINE SULLIVAN, R.N.C.'S PRE-TRIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(3), the Defendants, UHS of Westwood Pembroke, Inc., and Catherine Sullivan, R.N.C., make the following pre-trial disclosures:

**A.    Trial witnesses**

The Defendants expect to present the following witnesses at trial:

1. Catherine Sullivan
   36 Grandfield Street
   Dedham, MA  02026
   (781) 320-0320

2. John L. Randolph, Ed.D.
   Veterans Affairs Boston Outpatient Clinic
   251 Causeway Street
   Boston, MA
   617-248-1000

3. Shelly Baer
   Arbour Hospital
   49 Robinwood Avenue
   Boston, MA
   617-390-1320

4. Patricia Loughman-West
   49 Sunrise Road
   Westwood, MA
   781-551-3892

5.    Ashraf Attalla, M.D.
4015 South Cobb Drive, #100
Smyrna, GA
770-319-8013

6.    Valerie Packard, R.N.
Westwood Lodge Hospital
45 Clapboardtree Street
Westwood, MA 02090
(781) 762-7764

7.    Karen Braunwald, Ph.D.
Westwood Lodge Hospital
45 Clapboardtree Street
Westwood, MA 02090
(781) 762-7764

8.    Kimlisa Gregory
54 Central Ave.
Hull, MA
781-248-7078

9.    Reverend Michael Cox
Tri-Town Baptist Church
28 Bay Avenue East
Hull, MA
781-925-9423

10.    Donna Parkki
252 Billings Road
Quincy, MA
617-786-8999

11.    Mary Wright, APRN, BC, MPH
25 Andrew John Street
Boston, MA
617-524-2298

12.    Jonathan Chasen, M.D.
236 Crestview Circle
Longmeadow, MA
413-567-2083

13.    Douglas Jacobs, M.D.
Professional Psychiatric Associates
One Washington Street, Suite 304
Wellesley Hills, Massachusetts
781-239-0071

**B.     Trial witnesses whose testimony may be presented via deposition**

Not applicable.

**C.     Identification of exhibits the Defendants intend to offer at trial**

1. Copy of Dennis Satterthwaite's medical record from Westwood Lodge Partial Hospital Program;

2. Copy of Dennis Satterthwaite's ACCES records from Arbour Health System;

3. Copy of Dennis Satterthwaite's medical record from the Veteran's Administration Medical Center;

4. Copy of Dennis Satterthwaite's medical record from Jordan Hospital;

5. Copy of Dennis Satterthwaite's medical record from McLean Hospital;

6. Copy of Dennis Satterthwaite's journals;

7. Copy of Dennis Satterthwaite's May 2002 records from the Employee Assistance Program of the United States Postal Service;

8. Copy of billing records from Nova Psychiatric Services;

9. Copy of correspondence to and from Dennis Satterthwaite from the Internal Revenue Service regarding any unpaid taxes, penalties, and late fees from the year 2002;

10. Copy of Dr. Pierson's medical record regarding Mr. Satterthwaite;

11. Copy of the ACCES policies which were in effect at Westwood Lodge in 2002;

12. Copy of the Clinical Services policies for the Partial Hospital Program which were in effect at Westwood Lodge in 2002;

4

13. Copy of the State Police report regarding Dennis Satterthwaite's death, dated June 10, 2002;

14. Copy of The Good Shepherd's Maria Droste Services records regarding Dennis Satterthwaite;

15. Copy of the Quincy Police report regarding Dennis Satterthwaite's death.

            /s/ Janet J. Bobit
JANET J. BOBIT, BBO# 550152
AMY J. DeLISA, BBO# 645004
Attorneys for Defendants,
 UHS of Westwood Pembroke, Inc.,
 and Catherine Sullivan, R.N.C.
HUNTER & BOBIT, P.C.
83 Atlantic Avenue
Boston, MA 02110
(617) 371-1440

DATED:   May 11, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-WGY

| | |
|---|---|
| SHERYL SATTERTHWAITE, as Executrix of the Estate of DENNIS SATTERTHWAITE,<br>    Plaintiff | )<br>)<br>)<br>) |
| vs. | )<br>) |
| UNITED STATES OF AMERICA,<br>UHS of WESTWOOD PEMBROKE, INC.,<br>ARTHUR PAPPAS, and,<br>CATHERINE SULLIVAN,<br>    Defendants | )<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

    I hereby certify that this **DEFENDANTS UHS OF WESTWOOD PEMBROKE, INC., AND CATHERINE SULLIVAN, R.N.C.'S PRE-TRIAL DISCLOSURES** filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **May 11, 2007**.

                                                    /s/ Amy J. DeLisa
                                        JANET J. BOBIT, BBO# 550152
                                        AMY J. DeLISA, BBO# 645004
                                        Attorneys for Defendants,
                                        UHS of Westwood Pembroke, Inc.
                                        and Catherine Sullivan
                                        HUNTER & BOBIT, P.C.
                                        83 Atlantic Avenue
                                        Boston, MA 02110
                                        (617) 371-1440

DATED:     May 11, 2007