UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHERYL SATTERTHWAITE, AS EXECUTRIX OF THE ESTATE OF DENNIS SATTERTHWAITE,<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA, UHS OF WESTWOOD PEMBROKE, INC., ARTHUR N. PAPAS, M.D. AND CATHERINE SULLIVAN, R.N.C.,<br><br>    Defendants | NO. 05-10606-WGY |

**PLIANTIFF'S PRETRIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(A)(3)**

The plaintiff, Sheryl Satterthwaite, as Executrix of the Estate of Dennis Satterthwaite, hereby submits her Pretrial Disclosures pursuant to F.R.C.P. 26(a)(3):

**A.    Plaintiff's Witnesses Anticipated to Testify at Trial**

1. Sheryl Satterthwaite
   58 Highland Road
   Abington, MA
   (781) 871-5106

2. Renee Satterthwaite
   58 Highland Road
   Abington, MA
   (781) 871-5106

3. Lauren Satterthwaite
   58 Highland Road
   Abington, MA
   (781) 871-5106

4. Arthur Papas, M.D.
   5 Byron Road
   Weston, MA

1

5. Catherine Sullivan, R.N.
   36 Grandfield St.
   Dedham, MA

6. John Randolph, Ed.D.
   43 Starbird Street
   Malden, MA

7. Amy Mach
   22 State Street, Apt. 6
   Taunton, MA

8. Elizabeth Condron, R.N.
   96 Main Street
   Foxborough, MA

9. Patricia Loughman-West
   49 Sunrise Road
   Westwood, MA

10. Karen Braunwald, M.D.
    28 Brooks Road
    Wayland, MA

11. Valerie Packard
    302 Walpole Street
    Norwood, MA

12. Sadie-Anne Maroon
    401 Belmont Street
    Brockton, MA

13. Monica Gordon
    4 Marcella Street
    Roxbury, MA

14. David Marinelli (if needed)
    138 Utica Street, Apt. 4
    Quincy, MA

15. Kimlisa Gregory (if needed)
    54 Central Avenue
    Hull, MA

16. Marc Silbret, M.D. (if needed)
    McLean Hospital
    115 Mill Street
    Belmont, MA 02478

17. Mark Longsjo, L.I.C.S.W. (if needed)
    McLean Hospital
    115 Mill Street
    Belmont, MA 02478

18. Sgt. J. Sullivan (if needed)
    Quincy Police Department
    1 Sea Street
    Quincy, MA 02169

**B.   Plaintiff's Witnesses Whose Testimony is Expected to be Presented by Deposition**

1. Norman Satterthwaite (if needed)
   Pinehurst Village
   12 Bayberry Lane
   Plymouth, MA

**C.   Exhibits/Documents Expected to be Offered into Evidence**

1. Emergency Room Records, Jordan Hospital, 4/28/02

2. McLean Hospital Records, 4/28 – 5/6/02

3. Westwood Lodge Hospital Records, 5/7/02 – 5/25/02

4. Acces Intake Records, 5/24/02 and 5/25/02

5. Nova Psychiatric Services Bills, 9/6/00 and 5/24/02

6. Boston VA Records, 2/12/96 – 6/17/02

7. Department of Mental Health Investigation Report, 9/10/02

8. Policies and Procedures of Westwood Lodge Hospital and the Arbour Hospital System Produced by the Department of Mental Health:

    a. Arbour Hospital Intake Procedures for U.H.S. of Westwood/Pembroke, Effective Date 3/00;

    b. Arbour Hosital Admission Procedure, Policy Number 2.2.2, Effective Date 9/1/95, Reviewed Date, 11/1/01;

    c. Westwood Pembroke Health System Intake and Assessment Process, Department, Partial Hospitalization, Effective Date, 7/1/05, Reviewed 11/12/01;

    d.    Westwood Pembroke Health System Referral to the ACCESS, Department, Access Effective Date 4/93, Reviewed Date 5/95;

    e.    Westwood Pembroke Health System Client Eligibility, Department, Access, Effective Date 4/93, reviewed Date 5/95;

    f.    Westwood Pembroke Health System Disposition of Scheduled Walk-In Assessment, Department, Access, Effective Date, 5/84, Reviewed Date, 9/1/95 and 11/1/01;

    g.    Westwood Pembroke Health System Voluntary and Involuntary Admissions, Clinical Services, Policy Number, RI0008, Date Issued 1/98;

    h.    Westwood Pembroke Health System Admission Procedure, Clinical Services, Policy Number, TX.001, Date Issued 1/98, Date Reviewed/Revised 11/01;

    i.    Westwood Pembroke Health System Interdisciplinary Treatment Plan, Clinical Services, Policy Number, CS 018, TX.004, Date Issued 12/13/96, Date Reviewed/Revised 1/98 and 11/01;

    j.    Westwood Pembroke Health System Interdisciplinary Treatment Plan Partial Hospitalization, Clinical Services, Policy Number CS 027-PHP TX.005, Date Issued 8/97, Date Reviewed/Revised 11/01;

    k.    Westwood Pembroke Health System Treatment Planning Intensive Outpatient Program Clinical Services, Policy Number TX.006, Date Issued 1/98, Date Reviewed/Revised 11/01;

    l.    Westwood Pembroke Health System Discharge Discharge/Aftercare Planning, Clinical Services, Policy Number CS 017, CC.010, Date Issued 12/13/96, Date Reviewed/Revised 1/98 and 11/01; and

    m.    Westwood Pembroke Health System Discharge Process, Clinical Services, Policy Number CC.011, Date Issued 1/99, Date Reviewed/Revised 11/01

9.    Interview Notes of Amy Mach, Department of Mental Health investigator

10.    Policies and Procedures of Westwood Lodge Hospital and the Arbour Hospital System Produced by the defendant, UHS of Westwood Pembroke, Inc. on October 1, 2006

11.    Westwood Lodge Hospital Nursing Supervisor Book

12.    6/26/02 Letter from Karen Braunwald, Ph.D. to Robert Spiegel, CEO

13. Blue Cross and Blue Shield Service Benefit Plan, 2002

14. Death Certificate of Dennis Satterthwaite

15. Quincy Police Department Death Scene Report, 5/30/02

                        PLAINTIFF,

                        By her attorneys,

                        SUGARMAN AND SUGARMAN, P.C.

Dated: May 11, 2007

/s/ David P. McCormack
Jodi M. Petrucelli - BBO# 561911
jpetrucelli@sugarman.com
David P. McCormack - BBO# 659006
dmccormack@sugarman.com
One Beacon Street
Boston, Massachusetts 02108
617-542-1000

## Certificate of Service

I hereby certify that a true copy of the above document was served by regular mail, postage prepaid, on May 11, 2007 upon the attorney of record for each party:

**BY E-MAIL:**

Tony Giedt, Esq.
U.S. Attorney's Office
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston MA 02210

Janet Bobit, Esq.
Amy DeLisa, Esq.
Hunter & Bobit, P.C.
83 Atlantic Avenue
Boston, MA 02110

James P. Donohue, Jr., Esq.
Stacey Morris, Esq.
Sloane & Walsh
Three Center Plaza
Boston, MA 02108

/s/ David P. McCormack
David P. McCormack

202861.1