UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-WGY

| | |
|---|---|
| SHERYL SATTERTHWAITE, as Executrix of the Estate of DENNIS SATTERTHWAITE,<br>    Plaintiff | )<br>)<br>)<br>) |
| vs. | )<br>) |
| UNITED STATES OF AMERICA,<br>UHS OF WESTWOOD PEMBROKE, INC.,<br>ARTHUR PAPAS, and,<br>CATHERINE SULLIVAN, R.N.C.,<br>    Defendants | )<br>)<br>)<br>)<br>) |

DEFENDANTS UHS OF WESTWOOD PEMBROKE, INC., AND CATHERINE SULLIVAN, R.N.C.'S AMENDMENT TO PRE-TRIAL DISCLOSURES

The Defendants, UHS of Westwood Pembroke, Inc., and Catherine Sullivan, R.N.C. amend their Pre-Trial Disclosures as follows:

**A.  Trial witnesses**

The Defendants substitute the following witness in the place of Shelly Baer:

George Smith
Arbour Hospital
49 Robinwood Avenue
Boston, MA
617-390-1320.

                      /s/ Janet J. Bobit
JANET J. BOBIT, BBO# 550152
AMY J. DeLISA, BBO# 645004
Attorneys for Defendants,
UHS of Westwood Pembroke, Inc.,
and Catherine Sullivan, R.N.C.
HUNTER & BOBIT, P.C.
83 Atlantic Avenue
Boston, MA 02110
Dated:  May 11, 2007          (617) 371-1440

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:05-cv-10606-WGY

| | |
|---|---|
| SHERYL SATTERTHWAITE, as Executrix of the Estate of DENNIS SATTERTHWAITE,<br>    Plaintiff | )<br>)<br>)<br>) |
| vs. | )<br>) |
| UNITED STATES OF AMERICA,<br>UHS of WESTWOOD PEMBROKE, INC.,<br>ARTHUR PAPPAS, and,<br>CATHERINE SULLIVAN,<br>    Defendants | )<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

    I hereby certify that this **DEFENDANTS UHS OF WESTWOOD PEMBROKE, INC., AND CATHERINE SULLIVAN, R.N.C.'S AMENDMENT TO PRE-TRIAL DISCLOSURES** filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **MAY 11, 2007**.

                                                       /s/ Amy J. DeLisa
                                          JANET J. BOBIT, BBO# 550152
                                          AMY J. DeLISA, BBO# 645004
                                          Attorneys for Defendants,
                                           UHS of Westwood Pembroke, Inc.
                                           and Catherine Sullivan
                                          HUNTER & BOBIT, P.C.
                                          83 Atlantic Avenue
                                          Boston, MA 02110
                                          (617) 371-1440

DATED:     May 11, 2007