UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL SATTERTHWAITE, AS EXECUTRIX OF THE ESTATE OF DENNIS SATTERTHWAITE,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA, UHS OF WESTWOOD PEMBROKE, INC., ARTHUR N. PAPAS, M.D. AND CATHERINE SULLIVAN, R.N.C.,<br><br>Defendants | NO. 05-10606-WGY |

**PLAINTIFF'S SUPPLEMENTAL PRETRIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(A)(3)**

The plaintiff, Sheryl Satterthwaite, as Executrix of the Estate of Dennis Satterthwaite, hereby amends her Pretrial Disclosures pursuant to F.R.C.P. 26(a)(3):

**A.   Plaintiff's Witnesses Anticipated to Testify at Trial**

The plaintiff adds her two expert witnesses, both of whom have previously been disclosed to the defendants:

19.   Larry S. Kirstein, M.D. (Expert)
      903 Park Avenue
      Suite 2C
      New York, New York 10021
      212-737-0999

20.   Christina Gulliver, RN, BSN, ANP (Expert)
      13 Exeter Farms Road
      Exeter, NH 03833
      617-726-7705

**C.   Exhibits/Documents Expected to be Offered into Evidence**

9.    Policies and Procedures of Westwood Lodge Hospital and the Arbour

1

Hospital System Produced by the defendant, UHS of Westwood Pembroke, Inc. on October 11, 2006 (originally identified as being produced on October 1, 2006).

PLAINTIFF,

By her attorneys,

SUGARMAN AND SUGARMAN, P.C.

/s/ David P. McCormack

Dated: May 14, 2007

Jodi M. Petrucelli - BBO# 561911
jpetrucelli@sugarman.com
David P. McCormack - BBO# 659006
dmccormack@sugarman.com
One Beacon Street
Boston, Massachusetts 02108
617-542-1000

Certificate of Service

I hereby certify that a true copy of the above document was served by regular mail, postage prepaid, on May 14, 2007 upon the attorney of record for each party:

**BY E-MAIL:**

Tony Giedt, Esq.
U.S. Attorney's Office
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston MA 02210

Janet Bobit, Esq.
Amy DeLisa, Esq.
Hunter & Bobit, P.C.
83 Atlantic Avenue
Boston, MA 02110

James P. Donohue, Jr., Esq.
Stacey Morris, Esq.
Sloane & Walsh
Three Center Plaza
Boston, MA 02108

/s/ David P. McCormack
David P. McCormack

203477.1