UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL SATTERTHWAITE as Executrix of the Estate of DENNIS SATTERTHWAITE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, UHS OF WESTWOOD/PEMBROKE, INC., ARTHUR N. PAPAS, M.D., and CATHERINE SULLIVAN, R.N.C.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No.: 05-10606WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT ARTHUR N. PAPAS, M.D.'S PRETRIAL DISCLOSURE

Now comes the defendant, Arthur N. Papas, M.D., and respectfully submits this Pre-Trial Disclosure pursuant to Fed. R. Civ. P. 26(a)(3).

**A.   Trial Witnesses**

The defendant, Arthur N. Papas, M.D., expects to call the following individuals as witnesses at trial.

Arthur Papas, M.D.
5 Byron Road
Weston, MA  02493
(781) 431-7399

Ashraf Attala, M.D.
4015 South Cobb Drive, #100
Smyrna, GA
(770) 319-8103

Patricia Loughman-West
49 Sunrise Road
Westwood, MA
(781) 551-3892

       Michael Jenike, M.D.
       Massachusetts General Hospital
       Simches Research Building
       185 Cambridge Street
       Boston, MA 02114
       (617) 726-6766

**B**.    None

**C**.    **Identification of Documents**

Documents the Defendant intends to offer as evidence at the time of trial:

Medical records of Dennis Satterthwaite from Jordan Hospital
Medical records of Dennis Satterthwaite from McLean Hospital
Medical records of Dennis Satterthwaite from Westwood Lodge Hospital
Medical records of Dennis Satterthwaite from Jon Pehrson, M.D.
Billing records of Dennis Satterthwaite from NOVA Psychiatrics

The defendant reserves the right to supplement or amend this disclosure prior to or at the time of trial.

                                                  Respectfully submitted,

                                                  The Defendant,
                                                  Arthur N. Papas, M.D.,
                                                  By his Attorneys,

                                                  /s/Stacey E. Morris
                                                  James P. Donohue, Jr. BBO #555946
                                                  Stacey E. Morris, BBO #648386
                                                  SLOANE AND WALSH, LLP
                                                  Three Center Plaza
                                                  Boston, MA  02108
                                                  (617) 523-6010