**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

__SHERYL SATTERTHWAITE__
             Plaintiff(s)

             V.                                                       CIVIL ACTION  NO.  05-10606-WGY

__UNITED STATES , et al.__
             Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

                     TO JUDGE  ___YOUNG___

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On ___05/18/2007___ I held the following ADR proceeding:

             _____    SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION
             __X__     MEDIATION                                _____ SUMMARY BENCH / JURY TRIAL
             _____    MINI-TRIAL                                _____ SETTLEMENT CONFERENCE

       All parties were represented by counsel  [except _____]
       The parties were not present in person, but by an authorized officer. [except_____].
       The case was:

[X]   Settled.  Your clerk should enter a __60__ day order of dismissal.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[X]   Suggested strategy to facilitate settlement: <u>Case settled as the Government Deft.</u>

         ___05/18/2007___                                         ___Marianne B. Bowler, USMJ___
                 DATE                                                                   ADR Provider

(ADR Report (Satterthwaite).wpd - 4/12/2000)                                                                    [adrrpt.]