# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Sheryl Satterthwaite** | **Civil Action**<br>**No: 05-10606-WGY** |
| **Plaintiff** | |
| v. | |
| **United States of America et al**<br>**Defendant** | |

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

    The Court having been advised on  that the above-entitled action has been settled:
    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

    By the Court,

    /s/Matthew A. Paine

    **Deputy Clerk**

**May 21, 2007**

**To: All Counsel**