UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-10606-WGY

SATTERTHWAITE
Plaintiff

v.

ARTHUR PAPAS, M.D., ET AL
Defendant

ORDER OF REMAND

YOUNG, D.J.

In accordance with the Court's Order dated MAY 21, 2007, the above-entitled action is hereby remanded to the Superior Court sitting in and for the County of Norfolk..

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

May 21, 2007

To: All Counsel